B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern District Of Illinois

In re Tameka L. Mingo,
Debtor

Case No. 09 B 30447

Chapter 13

**AMENDED ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 200.00    Check one ☑ With the filing of the petition, or
            ☐ On or before _____

$ 74.00    on or before February 15, 2010 - FINAL INSTALLMENT

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: JAN 25 2010

*Pamela S Hollis*
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    09 B 46185
Case Name:      Tameka L. Mingo

I, Steven P. Beckerman, Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 26th day of January, 2010, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:

Amended Order Approving Payment Of The Chapter 7 Filing Fee In Installments Dated January 25, 2010

to each of the following named individuals:

**Tameka L Mingo (**)**
4458 N Racine, #2
Chicago, IL 60640

**Marilyn O Marshall**
224 South Michigan Ste 800
Chicago, IL 60604

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

*/s/ Steven P. Beckerman*

Steven P. Beckerman
Courtroom Deputy